## Isabella E. Kuhn, Appellee, v. William J. Kuhn, Appellant.

### Gen. No. 20,120.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Reversed. Opinion filed March 9, 1914.

### Statement of the Case.

Bill by Isabella E. Kuhn against William J. Kuhn, Rosie E. Phillips, Adolph Phillips, Olaf E. Ray, Trustee, and George Coucher, to restrain complainant's husband, defendant Kuhn, from collecting rents on certain property, or notes given to secure the purchase price of certain lands, which property complainant claimed was held by her husband and herself as tenants in common, and further to restrain defendant Kuhn from using vituperative or threatening language or attempting violence to or towards complainant. A temporary injunction was issued against defendant Kuhn, without notice, from which he appeals.

HEBEL & HAFT, for appellant.

THOMAS J. O'HARE, for appellee.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.

## Abstract of the Decision.

1. INJUNCTION, § 162*—*when issuance of temporary injunction without notice improper.* On a bill by a wife to restrain her husband from collecting rent on certain realty, or collecting notes given to secure the payment of certain realty owned by complainant and defendant as cotenants, there being no allegation that defendant was insolvent nor any prayer for partition, and no allegations tending to show that defendant could have done anything which would have put complainant in a worse position if notice of the application for a temporary injunction had been given him, it was *held* error to grant a temporary injunction without notice.

2. INJUNCTION, § 180*—*when bill multifarious.* A bill by a wife seeking to restrain her husband from collecting rents on property held in common or collecting notes given to secure the purchase price of certain realty, and from using vituperative or threatening language or attempting violence to or towards complainant, is multifarious.